UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                         :   **ORDER**
v.                                :
                                         :   17 CR 755 (VB)
VAZGEN GARIBYAN,                  :
                 Defendant.     :
--------------------------------------------------------x

      By letter dated June 9, 2022 (Doc. #63), defendant Vazgen Garibyan requests early termination of supervised release. Having consulted with defendant's probation officer, who supports the request, and considered the factors set forth in 18 U.S.C. § 3553(a), the Court is satisfied that early termination of supervised release pursuant to 18 U.S.C. § 3583(e) is warranted by defendant's conduct and the interest of justice.

      Accordingly, supervised release is terminated, and defendant Vazgen Garibyan is discharged therefrom, effective immediately.

Dated: June 15, 2022
       White Plains, NY

                                                       SO ORDERED:

                                                       _____
                                                       Vincent L. Briccetti
                                                       United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/22